■ HERBERT J. SIMS & CO., INC., Appellant, v LOEB, RHOADES, HORNBLOWER & CO. et al., Respondents.—Order, Supreme Court, New York County, entered on December 14, 1978, unanimously affirmed on the opinion of Korn, J., at Special Term. Respondents shall recover of appellant $50

costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Sandler, Bloom, Lupiano and Ross, JJ.